1  Katherine M. Dugdale, Bar No. 168014
   KDugdale@perkinscoie.com
2  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
3  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
4  Facsimile:  310.788.3399

5  Holly M. Simpkins, *pro hac vice*
   HSimpkins@perkinscoie.com
6  Lauren Watts Staniar, *pro hac vice*
   LStaniar@perkinscoie.com
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
8  Seattle, WA 98101-3099
   Telephone:  206.359.8000
9  Facsimile:  206.359.9000

10 Attorneys for Plaintiff
   Twitch Interactive, Inc.

11

12                UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15

16 | TWITCH INTERACTIVE, INC., a Delaware corporation, | Case No. 19-cv-03418-WHO |
|---|---|
| Plaintiff, | **DECLARATION OF HOLLY M. SIMPKINS IN SUPPORT OF PLAINTIFF TWITCH INTERACTIVE, INC.'S EX PARTE APPLICATION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO A RULE 26(f) CONFERENCE**  [Civil L.R. 7-10] |
| v. | |
| JOHN AND JANE DOES 1–100, individuals, | |
| Defendant. | |

-1-    DECL. OF HOLLY M. SIMPKINS ISO
       APP. FOR EXPEDITED DISCOVERY
       CASE NO. 19-cv-03418-WHO

LEGAL144832983.1

I, Holly M. Simpkins, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington and am admitted *pro hac vice* in this matter. I am a Partner at Perkins Coie LLP, and counsel in this action for Plaintiff Twitch Interactive, Inc. ("Twitch"). I submit this declaration in support of Twitch's Ex Parte Application for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. At my direction, the websites, chat servers, and social media platforms Defendants used to coordinate their attack on Twitch were investigated.

3. Attached hereto as Exhibit A is a screenshot of the website, www.artifactstreams.com, and screenshots from Discord server numbers 585980929831600138, 583216242131730432, and 588140586956226565 (called at times PEEPO PLANET, GO AGANE, and TWITCH LEGION, INC.) that Defendants used to discuss and plan their attack. The website located at www.artifactstreams.com had links to the Discord servers and a Twitter account, http://twitter.com/TwitchToS.

4. As of the date of the filing of this motion, Defendants appear to have stopped using www.artifactstreams.com and have made the @TwitchToS Twitter account private.

5. A WhoIs search on the website www.artifactstreams.com revealed what appears to be falsified contact information, including the name and address associated with the domain. Attached hereto as Exhibit B is a copy of the information returned from the WhoIs search.

6. Attached hereto as Exhibit C is a screenshot captured at my direction showing that an individual using the Discord username "Skel" moderated the Discord group 585980929831600138 (otherwise known as PEEPO PLANET).

7. Attached hereto as Exhibit D is a screenshot of the @TwitchToS Twitter account captured at my direction on June 11, 2019.

8. At my direction, IP addresses associated with Twitch accounts banned multiple times during the May 2019 attack were searched using a reverse WhoIs lookup tool. That search provided ISP and geolocation information for each IP address. IP addresses from that group that

are geolocated to the United States are associated with the following ISPs: Verizon, Comcast Cable Communications LLC, Contina, Charter Communications Inc., Optimum Online, and Suddenlink Communications.

| IP Address | ISP |
| --- | --- |
| 173.169.195.5 | Charter Communications Inc |
| 173.170.43.209 | Charter Communications Inc |
| 65.35.0.195 | Charter Communications Inc |
| 70.114.155.143 | Charter Communications Inc |
| 70.117.28.94 | Charter Communications Inc |
| 24.5.142.22 | Comcast Cable Communications LLC |
| 73.169.237.198 | Comcast Cable Communications LLC |
| 73.224.10.27 | Comcast Cable Communications LLC |
| 73.228.2.61 | Comcast Cable Communications LLC |
| 73.26.187.185 | Comcast Cable Communications LLC |
| 73.26.237.67 | Comcast Cable Communications LLC |
| 73.65.112.131 | Comcast Cable Communications LLC |
| 73.8.232.156 | Comcast Cable Communications LLC |
| 98.195.21.158 | Comcast Cable Communications LLC |
| 104.128.136.114 | Contina |
| 104.128.136.115 | Contina |
| 108.51.234.121 | MCI Communications Services Inc. d/b/a Verizon Business |
| 71.125.69.18 | MCI Communications Services Inc. d/b/a Verizon Business |
| 71.125.92.153 | MCI Communications Services Inc. d/b/a Verizon Business |

| IP Address | ISP |
|---|---|
| 71.187.4.167 | MCI Communications Services Inc. d/b/a Verizon Business |
| 71.187.4.45 | MCI Communications Services Inc. d/b/a Verizon Business |
| 173.216.156.254 | Suddenlink Communications |
| 69.113.226.244 | Optimum Online |

9. Twitch identified several IP addresses associated with the May 2019 attack that were associated with a Canadian cloud computing and remote server company named OVH Hosting, Inc., including the following:

| IP Address | ISP |
|---|---|
| 54.39.209.36 | OVH SAS |
| 54.39.209.41 | OVH SAS |
| 54.39.209.42 | OVH SAS |
| 54.39.209.44 | OVH SAS |
| 54.39.209.46 | OVH SAS |
| 54.39.24.32 | OVH SAS |
| 54.39.24.35 | OVH SAS |
| 54.39.24.40 | OVH SAS |
| 54.39.24.42 | OVH SAS |
| 66.70.167.115 | OVH SAS |
| 66.70.167.116 | OVH SAS |
| 66.70.167.123 | OVH SAS |

10. Attached hereto as Exhibit E is a screenshot of the OVH Hosting, Inc. website showing that it has server locations in the United States.

-4-

DECL. OF HOLLY M. SIMPKINS ISO
APP. FOR EXPEDITED DISCOVERY
CASE NO. 19-cv-03418-WHO

LEGAL144832983.1

1    11.    At my direction, a cease and desist letter, copy of the Complaint, and a waiver of
2  service form, among other documents, were sent to the following email addresses:
3  ganggangchef@gmail.com, skelthade@gmail.com and jfernandes423@hotmail.com on June 17,
4  2019. Those emails and attachments are attached hereto as Exhibits F, G, and H.
5    12.    Attached hereto as Exhibit I is a copy of the Twitch Terms of Service, which was
6  captured at my direction on June 19, 2019.
7    13.    Attached hereto as Exhibits J–M are representative samples of the substantive
8  components of subpoenas Twitch seeks to serve to Defendants' social media providers, ISPs, and
9  email providers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Seattle, Washington this 27th day of June, 2019.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Holly M. Simpkins*
　　　　　　　　　　　　　　　　　　　　　　Holly M. Simpkins