Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Holly M. Simpkins, *pro hac vice*
HSimpkins@perkinscoie.com
Lauren Watts Staniar, *pro hac vice*
LStaniar@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98102
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
Twitch Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TWITCH INTERACTIVE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN AND JANE DOES 1–100, individuals,<br><br>Defendants. | Case No. 19-cv-03418-WHO<br><br>**PLAINTIFF TWITCH INTERACTIVE, INC.'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>**[L. Civ. R. 7-11]** |

-1-

1    Plaintiff Twitch Interactive, Inc. hereby moves this Court to continue the Case
2 Management Conference and related deadlines, including the deadline to file an Alternative
3 Dispute Resolution certification, for ninety days. This extension is necessary as Twitch is still
4 working to learn the identities of the Doe defendants and effectuate service.

5    Twitch filed its Complaint on June 14, 2019. ECF No. 1. Through this lawsuit, Twitch
6 seeks to hold accountable individuals who staged an attack on Twitch.tv. *Id.* Defendants
7 anonymized their identities during the attack, so Twitch filed a Doe suit and asked this Court's
8 leave to serve third-party discovery before the Case Management Conference to learn Does'
9 identities. ECF No. 12. The Court granted Twitch's motion on August 7, 2019. ECF No. 13.
10 Pursuant to this Court's order, Twitch served subpoenas on eleven internet service providers,
11 email service companies, and social media companies in mid-August 2019. Declaration of Holly
12 M. Simpkins ("Simpkins Decl.") ¶ 3. The Court set detailed requirements for the subpoenas in its
13 August 7, 2019, order granting Twitch's motion to serve expedited discovery. ECF No. 13, at 9–
14 10. Given those requirements, the return dates for the subpoenas are in mid-October. Simpkins
15 Decl. ¶ 3.

16    The Case Management Conference is scheduled for September 17, 2019. ECF No. 9.
17 Because Twitch is still working to locate and serve the defendants, it would be premature to hold
18 a Case Management Conference, file a Case Management Statement, and conduct a Rule 26(f)
19 conference at this time. Accordingly, in the interest of justice and to enhance judicial efficiency
20 and preserve resources, Twitch respectfully requests that the Case Management Conference be
21 continued approximately 90 days to December 16, 2019, or a date thereafter on which the Court
22 is available, and that all related deadlines be adjusted accordingly. This includes the deadline to
23 file an ADR Certification, which Twitch requests the Court set for November 25, 2019. There
24 have been no previous time modifications, and the requested continuance will not impact the
25 schedule of the case, as no trial date or other deadlines have been set. Simpkins Decl. ¶ 5.
26 Subject to the Court's approval, Twitch requests that the current schedule be amended as follows:
27    1.    The Initial Case Management conference be continued to December 17, 2019, at
28 2:00 pm.

2. The last day to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order regarding Contents of Joint Case Management Statement be continued to December 10, 2019.

3. The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan and to file an ADR Certification be continued to November 26, 2019.

Twitch will send this Motion and related documents to the following email addresses, which Twitch believes are associated with several of the Doe defendants: skelthade@gmail.com, jfernandes423@hotmail.com, ganganchef@gmail.com. When Twitch sent the Court's August 7, 2019 order to these three email addresses, the message to jfernandes423@hotmail.com was returned as undeliverable. Prior emails to jfernandes423@hotmail.com were not returned as undeliverable. Simpkins Decl. ¶ 6.

DATED: September 3, 2019              **PERKINS COIE LLP**

By: *s/ Holly M. Simpkins*
    Holly M. Simpkins, pro hac vice
    HSimpkins@perkinscoie.com
    Katherine M. Dugdale, Bar No. 168014
    KDugdale@perkinscoie.com
    Holly M. Simpkins, *pro hac vice*
    HSimpkins@perkinscoie.com
    Lauren Watts Staniar, *pro hac vice*
    LStaniar@perkinscoie.com

    Attorneys for Plaintiff
    Twitch Interactive, Inc.