1 | Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
2 | PERKINS COIE LLP
1888 Century Park E., Suite 1700
3 | Los Angeles, CA  90067-1721
Telephone:  310.788.9900
4 | Facsimile:  310.788.3399

5 | Holly M. Simpkins, *pro hac vice*
HSimpkins@perkinscoie.com
6 | Lauren Watts Staniar, *pro hac vice*
LStaniar@perkinscoie.com
7 | PERKINS COIE LLP
1201 Third Avenue, Suite 4900
8 | Seattle, WA 98102
Telephone:  206.359.8000
9 | Facsimile:  206.359.9000

10 | Attorneys for Plaintiff
Twitch Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TWITCH INTERACTIVE, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN AND JANE DOES 1–100, individuals,<br><br>　　　　　　　Defendants. | Case No. 19-cv-03418-WHO<br><br>**DECLARATION OF HOLLY M. SIMPKINS IN SUPPORT OF PLAINTIFF TWITCH INTERACTIVE, INC.'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>**[L. Civ. R. 7-11]** |

-1-

I, Holly M. Simpkins, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington and admitted *pro hac vice* in this matter. I am a Partner at Perkins Coie LLP, and counsel in this action for Plaintiff Twitch Interactive, Inc. ("Twitch"). I submit this declaration in support of Twitch's Administrative Motion to Continue the Case Management Conference and Related Deadlines. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. Since the Complaint was filed on June 14, 2019, Twitch has been working diligently to identify the Doe defendants.

3. Twitch filed a Motion for Expedited Third-Party Discovery, which this Court granted on August 7, 2019. Shortly after that, in mid-August, Twitch served subpoenas on eleven internet service providers, email providers, and social media companies to identify and serve the Doe defendants. Pursuant to the procedure specified in the Court's order granting Twitch's Motion for Expedited Third-Party Discovery, the return dates on the subpoenas are in mid-October.

4. Twitch has not served any of the Doe defendants. Therefore, I was not able to meet and confer with counsel for the opposing parties regarding this administrative motion or propose that the parties stipulate to a 90-day extension of the Case Management Conference and related deadlines.

5. There have been no previous modifications, and the requested continuance will not impact the schedule of this case, as no trial date or other deadlines have been set.

6. When Twitch sent the Court's August 7, 2019 order to skelthade@gmail.com, jfernandes423@hotmail.com, ganganchef@gmail.com, the message to jfernandes423@hotmail.com was returned as undeliverable. Prior emails to jfernandes423@hotmail.com were not returned as undeliverable.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.
3  Executed at Seattle, Washington this 3rd day of September, 2019.

*s/ Holly M. Simpkins*
Holly M. Simpkins