UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TWITCH INTERACTIVE, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN AND JANE DOES 1-100, individuals,<br><br>　　　　　　　　Defendants. | Case No. 19-cv-03418-WHO<br><br>**ORDER GRANTING PLAINTIFF TWITCH INTERACTIVE, INC.'S *EX PARTE* APPLICATION TO EXTEND THE DEADLINE FOR SERVICE** |

**ORDER**

Now before the Court is Plaintiff Twitch Interactive, Inc.'s *Ex Parte* Application to Extend the Deadline for Service.  Having considered Twitch's motion and the pleadings and papers on file in this action, the Court hereby GRANTS the Motion.  The deadline for Twitch to serve Defendants is extended 90 days to December 11, 2019.

**IT IS SO ORDERED.**

DATED: September 12, 2019

_____
Hon. William H. Orrick
United States District Judge