Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Holly M. Simpkins, *pro hac vice*
HSimpkins@perkinscoie.com
Lauren E. Staniar, *pro hac vice*
LStaniar@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
Twitch Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TWITCH INTERACTIVE, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>JOHN AND JANE DOES 1-100, individuals,<br><br>                    Defendants. | Case No. 19-cv-03418-WHO<br><br>**DECLARATION OF HOLLY M. SIMPKINS IN SUPPORT OF PLAINTIFF TWITCH INTERACTIVE, INC.'S *EX PARTE* MOTION TO EXTEND DEADLINES** |

I, Holly M. Simpkins, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington and admitted *pro hac vice* in this matter. I am a Partner at Perkins Coie LLP, and counsel in this action for Plaintiff Twitch Interactive, Inc. ("Twitch"). I submit this declaration in support of Twitch's *Ex Parte* Motion to Extend Deadlines. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto.

2. Twitch has been working diligently to identify Defendants.

3. At my direction, the Twitch accounts, websites, chat servers, social media platforms, and IP addresses Defendants used to coordinate their attack on Twitch were investigated.

4. On June 17, 2019, a cease and desist letter, copy of the Complaint, and a waiver of service form, among other documents, were sent to the following email addresses: ganggangchef@gmail.com, skelthade@gmail.com and jfernandes423@hotmail.com. None of the emails were returned as undeliverable. The letter asked the individuals to identify themselves and waive service. We did not receive a response.

5. In mid-August, shortly after the Court granted Twitch's Motion for Expedited Third Party Discovery, Twitch served subpoenas on eleven internet service providers, email providers, and social media companies to identify and serve the Doe defendants.

6. Twitch received responses from ten of the subpoena recipients in September and October 2019. Twitch contacted certain defendants with information gathered through these subpoena responses and is in settlement discussions with several individuals. Twitch does not believe that any of these individuals were the ringleaders who organized or coordinated the Memorial Day Attack.

7. Twitch did not receive a response to its subpoena from Discord until November 26, 2019. When transferred into an Excel spreadsheet, that response includes more than 13,000 rows of data. This data, which Twitch is in the process of analyzing, provides valuable

information on Defendants though it does not contain the names or physical addresses of the Defendants.

8.    When Twitch sent the Court's August 7, 2019 Order to skelthade@gmail.com, jfernandes423@hotmail.com, and ganggangchef@gmail.com, the message to jfernandes423@hotmail.com was returned as undeliverable.  When Twitch sent its September 3, 2019 administrative motion to skelthade@gmail.com, jfernandes423@hotmail.com, and ganggangchef@gmail.com, the messages to jfernandes423@hotmail.com and skelthade@gmail.com were returned as undeliverable.

9.    Twitch has not served any of the Doe defendants.  Because of this, I was not able to meet and confer with counsel for the opposing parties regarding this administrative motion or propose that the parties stipulate to a 90-day extension of the Case Management Conference and related deadlines.  Notice of this motion was provided to the individuals with whom Twitch is in settlement negotiations along with an opportunity to object.  None of those parties objected to the motion.

10.   There have been two previous time modifications in this case:  This Court previously granted Twitch's motion for an extension of the service deadline, Dkt. No. 18, and this Court previously granted Twitch's motion for an extension of the Case Management Conference and related deadlines, Dkt. No 16.  The requested continuance will not impact the schedule of this case, as no trial date or other deadlines have been set.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Seattle, Washington this 9th day of December, 2019.

*/s/ Holly M. Simpkins*
Holly M. Simpkins