| | |
|---|---|
| 1 | Katherine M. Dugdale, Bar No. 168014 |
| | KDugdale@perkinscoie.com |
| 2 | PERKINS COIE LLP |
| | 1888 Century Park E., Suite 1700 |
| 3 | Los Angeles, CA  90067-1721 |
| | Telephone:  310.788.9900 |
| 4 | Facsimile:  310.788.3399 |

Holly M. Simpkins, *pro hac vice*
HSimpkins@perkinscoie.com
Lauren Watts Staniar, *pro hac vice*
LStaniar@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98102
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
Twitch Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TWITCH INTERACTIVE, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>JOHN AND JANE DOES 1–100, individuals,<br><br>              Defendants. | Case No. 19-cv-03418-WHO<br><br>**PLAINTIFF TWITCH INTERACTIVE, INC.'S NOTICE OF VOLUNTARY DISMISSAL AS TO DOE IP ADDRESS 73.65.112.131** |

-1-

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Twitch Interactive, Inc. ("Twitch"), hereby dismisses this action against Doe IP Address 73.65.112.131, whose identity the parties have agreed to keep confidential.

DATED: December 20, 2019         **PERKINS COIE LLP**

By: */s/ Lauren Watts Staniar*
Holly M. Simpkins, *pro hac vice*
HSimpkins@perkinscoie.com
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Lauren Watts Staniar, *pro hac vice*
LStaniar@perkinscoie.com

Attorneys for Plaintiff
Twitch Interactive, Inc.

-2-