# Exhibit A





https://discordapp.com/invite/qEh7Mg6

PEEPO PLANET

Elundis invited you to join

# PEEPO PLANET

● 322 Online      ● 1,392 Members

USERNAME

What should everyone call you?

Continue

Already have an account?

By registering, you agree to Discord's Terms of Service and Privacy Policy.



# Exhibit B

| ICANN WHOIS

**ICANN WHOIS**

ABOUT WHOIS    POLICIES    GET INVOLVED    WHOIS COMPLAINTS    KNOWLEDGE CENTER

artifactstreams.com [ Lookup ]

By submitting any personal data, I agree that the personal data will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service.

*Showing results for: ARTIFACTSTREAMS.COM*
Original Query: artifactstreams.com

## Contact Information

Submit a Complaint for WHOIS
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

### Registrant Contact
Name: Tyler Steinkamp
Organization: None
Mailing Address: 110 E 5th Street, New London MO 93459 US
Phone: +1.9158819367
Ext:
Fax:
Fax Ext:
Email:ganggangchef@gmail.com

### Admin Contact
Name: Tyler Steinkamp
Organization: None
Mailing Address: 110 E 5th Street, New London MO 93459 US
Phone: +1.9158819367
Ext:
Fax:
Fax Ext:
Email:ganggangchef@gmail.com

### Tech Contact
Name: Tyler Steinkamp
Organization: None
Mailing Address: 110 E 5th Street, New London MO 93459 US
Phone: +1.9158819367
Ext:
Fax:
Fax Ext:
Email:ganggangchef@gmail.com

### Registrar

### Status

### Important Dates
Updated Date: 2019-06-01
Created Date: 2019-05-29
Registrar Expiration Date: 2020-05-29

### Name Servers
ns6065.hostgator.com
ns6066.hostgator.com

### Raw WHOIS Record

```
Domain Name: ARTIFACTSTREAMS.COM
Registry Domain ID: 2396591622_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.launchpad.com
Registrar URL: LaunchPad.com
Updated Date: 2019-06-01T21:00:12Z
Creation Date: 2019-05-29T22:08:12Z
Registrar Registration Expiration Date: 2020-05-29T22:08:12Z
Registrar: Launchpad, Inc. (HostGator)
Registrar IANA ID: 955
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Tyler Steinkamp
Registrant Organization: None
Registrant Street: 110 E 5th Street
Registrant City: New London
Registrant State/Province: MO
Registrant Postal Code: 93459
Registrant Country: US
Registrant Phone: +1.9158819367
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: ganggangchef@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Tyler Steinkamp
Admin Organization: None
Admin Street: 110 E 5th Street
Admin City: New London
Admin State/Province: MO
Admin Postal Code: 93459
Admin Country: US
Admin Phone: +1.9158819367
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: ganggangchef@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Tyler Steinkamp
Tech Organization: None
Tech Street: 110 E 5th Street
Tech City: New London
Tech State/Province: MO
Tech Postal Code: 93459
Tech Country: US
Tech Phone: +1.9158819367
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: ganggangchef@gmail.com
Name Server: ns6065.hostgator.com
Name Server: ns6066.hostgator.com
DNSSEC: Unsigned
Registrar Abuse Contact Email: abuse@websitewelcome.com
Registrar Abuse Contact Phone: +1.713-574-5287
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019-06-17T23:01:51Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Registration Service Provided By: LAUNCHPAD.COM, INC.

The data in this whois database is provided to you for information purposes
only, that is, to assist you in obtaining information about or related to a
domain name registration record. We make this information available "as is,"
and do not guarantee its accuracy. By submitting a whois query, you agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to:
(1) enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or
by telephone.
The compilation, repackaging, dissemination or other use of this data is
expressly prohibited without prior written consent from us. The Registrar of
record is Launchpad, Inc. (HostGator).
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.
```

NOTICE, DISCLAIMERS AND TERMS OF USE.

On 17 May 2018 the ICANN Board adopted a Temporary Specification for gTLD Registration Data. This page is under review and will be updated to address the Temporary Specification.

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries. * These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose. You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time. By submitting a query, you agree to abide by these terms.

* There is one exception: ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2019 Internet Corporation for Assigned Names and Numbers    Privacy Policy    Terms of Service    Cookies Policy

# Exhibit C

## EXHIBIT A

1.      Documents sufficient to identify a name, physical address, telephone number, email address, and any other personal identifying information for; as well as transaction logs involving the subscriber associated with the following IP addresses at the listed dates and times:

| IP Address | Date/Time |
| --- | --- |
| 172.58.59.132 | 2019-05-20 21:35:10 |
| 172.58.59.138 | 2019-05-08 15:18:05 |
| 172.58.59.216 | 2019-04-21 22:41:29 |
|  | 2019-04-21 22:31:55 |
|  | 2019-04-21 22:07:39 |
|  | 2019-04-21 21:04:45 |
|  | 2019-04-21 20:51:10 |
|  | 2019-04-21 20:47:05 |
|  | 2019-04-21 20:41:09 |
|  | 2019-04-21 20:34:07 |
| 172.58.59.241 | 2019-05-03 21:34:57 |
| 172.58.60.152 | 2019-05-12 02:57:36 |
|  | 2019-05-12 02:28:16 |
|  | 2019-05-12 02:02:43 |
| 172.58.62.226 | 2019-04-26 21:58:50 |
|  | 2019-04-26 21:42:51 |
| 172.58.106.109 | 2019-06-10 14:05:39 |
| 172.58.106.111 | 2019-06-06 01:32:17 |
|  | 2019-06-06 01:20:45 |
|  | 2019-06-06 00:27:28 |
|  | 2019-06-05 23:57:56 |
| 172.58.106.169 | 2019-06-09 00:10:40 |
| 172.58.110.31 | 2019-06-07 03:16:33 |
| 172.58.106.168 | 2019-06-13 21:50:23 |
|  | 2019-06-13 21:48:43 |
|  | 2019-06-13 20:58:26 |

| | |
|---|---|
| | 2019-06-13 20:50:09 |
| | 2019-06-13 20:35:41 |
| | 2019-06-13 20:33:29 |
| | 2019-06-13 20:27:39 |
| | 2019-06-13 19:02:30 |
| | 2019-06-13 18:52:47 |
| 172.58.106.188 | 2019-06-16 02:30:52 |
| | 2019-06-16 02:28:01 |
| | 2019-06-16 02:23:14 |
| | 2019-06-16 01:37:59 |
| | 2019-06-16 01:31:17 |
| | 2019-06-16 01:30:14 |
| | 2019-06-16 01:22:26 |
| | 2019-06-16 01:11:10 |
| | 2019-06-16 00:04:10 |
| | 2019-06-15 23:39:44 |
| | 2019-06-15 23:21:15 |
| | 2019-06-15 22:51:53 |
| | 2019-06-15 22:36:07 |
| | 2019-06-15 22:33:46 |
| | 2019-06-15 22:25:59 |
| | 2019-06-15 22:24:24 |
| | 2019-06-15 22:19:14 |
| | 2019-06-15 21:28:23 |
| | 2019-06-15 21:18:28 |
| | 2019-06-15 20:54:19 |
| | 2019-06-15 20:46:11 |
| | 2019-06-15 19:40:03 |
| | 2019-06-15 16:32:39 |
| | 2019-06-15 16:15:56 |
| | 2019-06-15 15:32:46 |
| 131.125.11.1 | 2019-05-10 13:35:22 |

|  | 2019-05-10 13:16:52 |
|---|---|
|  | 2019-05-10 13:13:44 |
|  | 2019-05-08 22:50:52 |
|  | 2019-05-08 21:59:02 |
|  | 2019-04-29 22:05:40 |
|  | 2019-04-29 22:03:56 |
|  | 2019-04-23 13:05:38 |
|  | 2019-04-23 12:49:49 |
| 172.56.28.234 | 2019-05-25 20:30:42 |
|  | 2019-05-25 20:28:22 |
| 172.56.36.131 | 2019-04-21 20:03:57 |
|  | 2019-04-21 19:35:02 |
|  | 2019-04-21 17:28:40 |
|  | 2019-04-21 17:19:02 |
|  | 2019-04-21 17:17:10 |
|  | 2019-04-21 17:00:18 |
|  | 2019-04-21 16:56:20 |
|  | 2019-04-21 16:55:28 |
|  | 2019-04-21 16:48:54 |
|  | 2019-04-21 16:48:01 |
|  | 2019-04-21 16:32:19 |
| 172.56.36.200 | 2019-05-09 14:52:56 |
| 172.56.36.207 | 2019-05-09 15:24:56 |
|  | 2019-05-09 14:56:49 |
| 172.56.37.16 | 2019-05-29 16:17:10 |
|  | 2019-05-29 15:37:28 |
|  | 2019-05-29 15:10:11 |
|  | 2019-05-29 14:47:39 |
|  | 2019-05-29 14:44:31 |
|  | 2019-05-29 14:40:14 |
|  | 2019-05-29 14:36:11 |
|  | 2019-05-29 14:31:16 |

|  | |
|---|---|
|  | 2019-05-29 14:29:40 |
|  | 2019-05-29 14:24:39 |
|  | 2019-05-29 14:17:27 |
| 172.56.37.160 | 2019-04-20 20:09:55 |
|  | 2019-04-20 19:17:55 |
|  | 2019-04-20 18:55:01 |
|  | 2019-04-20 17:41:40 |
|  | 2019-04-20 17:40:43 |
|  | 2019-04-20 17:33:59 |
|  | 2019-04-20 17:14:19 |
| 172.56.37.236 | 2019-05-10 17:19:04 |
|  | 2019-05-10 17:18:57 |
| 172.56.37.91 | 2019-05-30 22:28:41 |
|  | 2019-05-30 22:21:14 |
|  | 2019-05-30 22:16:58 |
|  | 2019-05-30 22:02:17 |
|  | 2019-05-30 21:59:03 |
|  | 2019-05-30 21:51:11 |
|  | 2019-05-30 21:48:36 |
|  | 2019-05-30 21:43:41 |
|  | 2019-05-30 21:24:44 |
|  | 2019-05-30 21:21:40 |
|  | 2019-05-30 21:17:31 |
|  | 2019-05-30 21:09:50 |
|  | 2019-05-30 21:09:03 |
|  | 2019-05-30 20:54:56 |
|  | 2019-05-30 20:51:58 |
|  | 2019-05-30 20:49:20 |
|  | 2019-05-30 20:46:09 |
|  | 2019-05-30 20:26:46 |
|  | 2019-05-30 20:22:33 |
|  | 2019-05-30 20:17:58 |

| | 2019-05-30 20:15:46 |
|---|---|
| 172.58.201.24 | 2019-05-25 19:19:12 |
| | 2019-05-25 18:49:24 |
| | 2019-05-25 18:48:55 |
| | 2019-05-25 18:23:19 |
| | 2019-05-25 18:12:57 |
| | 2019-05-25 17:51:37 |
| | 2019-05-25 17:27:44 |
| | 2019-05-25 17:20:04 |
| 172.58.232.164 | 2019-05-11 21:24:06 |
| | 2019-05-11 21:08:03 |
| | 2019-05-11 20:58:25 |
| | 2019-05-11 20:43:24 |
| | 2019-05-11 20:30:42 |
| | 2019-05-11 20:07:02 |
| | 2019-05-11 19:57:29 |
| | 2019-05-11 19:52:38 |
| | 2019-05-11 19:47:05 |
| | 2019-05-11 19:44:38 |
| | 2019-05-11 19:39:24 |
| | 2019-05-11 19:32:58 |
| | 2019-05-11 19:27:32 |
| | 2019-05-11 19:21:57 |
| | 2019-05-11 19:20:01 |
| | 2019-05-11 19:18:49 |
| | 2019-05-11 19:11:57 |
| | 2019-05-11 19:09:47 |
| | 2019-05-11 19:02:44 |
| | 2019-05-11 18:58:54 |
| | 2019-05-11 18:48:42 |
| | 2019-05-11 18:46:24 |
| | 2019-05-11 18:42:59 |

|  | 2019-05-11 18:30:57 |
|  | 2019-05-11 18:29:56 |
|  | 2019-05-11 18:10:37 |
|  | 2019-05-11 18:08:24 |
|  | 2019-05-11 18:05:24 |
|  | 2019-05-11 18:02:40 |
|  | 2019-05-11 17:59:31 |
|  | 2019-05-11 17:31:03 |
|  | 2019-05-11 17:28:18 |
|  | 2019-05-11 17:10:20 |
|  | 2019-05-11 14:50:03 |
|  | 2019-05-10 21:57:50 |
|  | 2019-05-10 21:55:58 |
|  | 2019-05-10 21:34:05 |
|  | 2019-05-10 18:53:46 |
|  | 2019-05-10 18:48:27 |
|  | 2019-05-06 22:52:27 |
|  | 2019-05-06 22:38:38 |
|  | 2019-05-06 22:36:57 |
| 172.58.232.170 | 2019-05-27 02:25:14 |
| 172.58.233.136 | 2019-05-17 15:38:50 |
|  | 2019-05-15 23:34:52 |
|  | 2019-05-15 23:28:15 |
|  | 2019-05-15 21:31:39 |
|  | 2019-05-15 21:28:22 |
|  | 2019-05-14 22:47:32 |
|  | 2019-05-14 13:11:37 |
|  | 2019-05-14 13:08:10 |
|  | 2019-05-14 13:00:33 |
|  | 2019-05-14 11:53:50 |
| 172.58.233.4 | 2019-05-05 19:42:41 |
|  | 2019-05-01 23:39:24 |

| | 2019-05-01 23:37:06 |
|---|---|
| 172.58.233.93 | 2019-05-25 15:38:14 |
| | 2019-05-25 15:17:09 |
| | 2019-05-25 14:09:03 |
| | 2019-05-25 07:19:42 |
| | 2019-05-25 04:50:57 |
| | 2019-05-25 03:14:50 |
| | 2019-05-24 20:31:33 |
| | 2019-05-24 19:55:17 |
| | 2019-05-24 19:51:02 |
| | 2019-05-24 19:38:24 |
| | 2019-05-24 19:33:03 |
| | 2019-05-24 19:21:07 |
| | 2019-05-24 19:14:44 |
| | 2019-05-24 18:59:14 |
| | 2019-05-24 18:02:23 |
| 208.54.87.166 | 2019-05-13 18:17:25 |
| 208.54.87.187 | 2019-04-29 23:52:24 |
| | 2019-04-29 23:13:07 |
| | 2019-04-29 23:10:15 |
| | 2019-04-29 23:08:04 |
| | 2019-04-29 23:05:04 |
| | 2019-04-29 22:49:13 |
| | 2019-04-29 22:03:20 |
| 208.54.87.252 | 2019-04-26 13:00:12 |
| | 2019-04-26 12:25:33 |
| | 2019-04-26 11:58:46 |
| | 2019-04-26 11:33:39 |
| | 2019-04-24 13:59:29 |
| | 2019-04-24 13:18:31 |
| | 2019-04-24 05:07:04 |
| | 2019-04-23 20:41:06 |

| | 2019-04-23 13:25:26 |
| | 2019-04-23 02:05:19 |
| | 2019-04-22 19:09:09 |

## EXHIBIT A

1.      Documents sufficient to identify a name, physical address, telephone number, email address, and any other personal identifying information for; as well as transaction logs involving the subscriber associated with the following IP addresses at the listed dates and times:

| IP Address | Date/Time |
|---|---|
| 73.26.187.185 | 2019-09-13 21:27:24 |
| | 2019-09-13 13:41:44 |
| | 2019-09-13 13:40:31 |
| | 2019-09-13 04:34:07 |
| | 2019-09-13 02:39:17 |
| | 2019-09-12 13:19:07 |
| | 2019-09-12 06:56:46 |
| | 2019-09-11 20:32:07 |
| | 2019-09-11 11:39:59 |
| | 2019-09-11 05:55:44 |
| | 2019-09-11 04:54:17 |
| | 2019-09-10 20:10:37 |
| | 2019-09-10 13:42:55 |
| | 2019-09-10 13:39:29 |
| | 2019-09-10 13:30:58 |
| | 2019-09-10 13:30:09 |
| | 2019-09-10 07:08:49 |
| | 2019-09-09 20:13:32 |
| | 2019-09-09 13:23:38 |
| | 2019-09-09 04:53:20 |
| | 2019-09-09 04:52:36 |
| | 2019-09-09 02:15:58 |
| | 2019-09-09 01:39:14 |
| | 2019-09-08 23:06:15 |
| | 2019-09-08 22:45:43 |
| | 2019-09-08 22:25:27 |

| |  |
|---|---|
| | 2019-09-08 20:04:07 |
| | 2019-09-08 14:39:52 |
| | 2019-09-08 14:38:24 |
| | 2019-09-08 01:17:01 |
| | 2019-09-08 00:40:31 |
| | 2019-09-08 00:37:46 |
| | 2019-09-07 23:08:54 |
| | 2019-09-07 23:05:25 |
| | 2019-09-07 18:08:27 |
| | 2019-09-07 17:25:22 |
| | 2019-09-07 15:33:25 |
| | 2019-09-07 13:29:50 |
| | 2019-09-07 05:55:45 |
| | 2019-09-06 20:13:05 |
| | 2019-09-06 14:07:18 |
| | 2019-09-06 13:28:22 |
| | 2019-09-06 12:58:54 |
| | 2019-09-06 12:41:34 |
| | 2019-09-05 20:29:29 |
| | 2019-09-05 20:11:40 |
| | 2019-09-05 12:04:10 |
| | 2019-09-05 12:00:54 |
| | 2019-09-05 02:15:29 |
| | 2019-09-05 01:00:27 |
| | 2019-09-04 20:26:52 |
| | 2019-09-04 12:17:30 |
| | 2019-09-04 12:16:21 |
| | 2019-09-04 05:30:44 |
| | 2019-09-04 01:07:40 |
| | 2019-09-03 21:12:56 |
| | 2019-09-03 13:56:48 |
| | 2019-09-03 12:50:41 |

| | |
|---|---|
| | 2019-09-03 12:49:39 |
| | 2019-09-03 04:45:19 |
| | 2019-09-03 03:51:14 |
| | 2019-09-03 03:38:05 |
| | 2019-09-02 23:56:13 |
| | 2019-09-02 21:33:27 |
| | 2019-09-02 19:24:08 |
| | 2019-09-02 14:11:20 |
| | 2019-09-02 13:23:50 |
| | 2019-09-02 13:15:05 |
| | 2019-09-02 12:55:54 |
| | 2019-09-02 06:03:44 |
| | 2019-09-01 23:03:26 |
| | 2019-09-01 05:37:44 |
| | 2019-08-31 14:19:17 |
| | 2019-08-30 20:57:04 |
| | 2019-08-30 20:19:46 |
| | 2019-08-30 13:29:46 |
| | 2019-08-30 13:07:16 |
| | 2019-08-30 05:16:38 |
| | 2019-08-30 02:47:56 |
| | 2019-08-30 01:12:21 |
| | 2019-08-29 11:43:33 |
| | 2019-08-29 11:37:57 |
| | 2019-08-29 11:35:16 |
| | 2019-08-29 05:34:45 |
| | 2019-08-29 00:21:19 |
| | 2019-08-28 20:13:03 |
| | 2019-08-28 12:56:23 |
| | 2019-08-28 12:54:13 |
| | 2019-08-28 01:14:41 |
| | 2019-08-27 20:45:13 |

| |
|---|---|
| | 2019-08-27 20:37:03 |
| | 2019-08-27 20:34:05 |
| | 2019-08-27 20:04:55 |
| | 2019-08-27 13:25:44 |
| | 2019-08-27 13:22:22 |
| | 2019-08-27 13:19:15 |
| | 2019-08-27 05:39:43 |
| | 2019-08-26 19:55:52 |
| | 2019-08-26 13:21:39 |
| | 2019-08-26 13:17:41 |
| | 2019-08-26 13:15:25 |
| | 2019-08-26 13:12:53 |
| | 2019-08-26 09:22:19 |
| | 2019-08-25 22:27:31 |
| | 2019-08-25 14:50:27 |
| | 2019-08-25 07:34:49 |
| | 2019-08-25 00:22:50 |
| | 2019-08-24 22:59:23 |
| | 2019-08-24 22:57:17 |
| | 2019-08-24 18:45:32 |
| | 2019-08-24 14:03:22 |
| | 2019-08-24 13:40:19 |
| | 2019-08-23 22:52:26 |
| | 2019-08-23 20:43:42 |
| | 2019-08-23 13:40:49 |
| | 2019-08-23 13:36:59 |
| | 2019-08-23 07:42:45 |
| | 2019-08-23 02:47:43 |
| | 2019-08-22 19:55:26 |
| | 2019-08-22 13:32:27 |
| | 2019-08-22 13:29:08 |
| | 2019-08-22 13:22:40 |

| | |
|---|---|
| | 2019-08-22 07:36:45 |
| | 2019-08-21 20:19:33 |
| | 2019-08-21 13:15:57 |
| | 2019-08-21 03:27:27 |
| | 2019-08-20 23:49:55 |
| | 2019-08-20 20:02:51 |
| | 2019-08-20 13:49:40 |
| | 2019-08-20 13:12:13 |
| | 2019-08-20 05:33:43 |
| | 2019-08-20 00:00:03 |
| | 2019-08-19 22:56:24 |
| | 2019-08-19 20:57:05 |
| | 2019-08-19 20:13:55 |
| | 019-08-19 13:18:33 |
| | 2019-08-19 13:11:21 |
| | 2019-08-19 12:52:59 |
| | 2019-08-19 12:01:11 |
| | 2019-08-19 01:22:53 |
| | 2019-08-19 01:13:01 |
| | 2019-08-18 13:35:42 |
| | 2019-08-18 13:34:59 |
| | 2019-08-18 06:28:49 |
| | 2019-08-17 21:13:18 |
| | 2019-08-17 19:53:29 |
| | 2019-08-17 19:49:57 |
| | 2019-08-17 13:22:25 |
| | 2019-08-17 07:36:51 |
| | 2019-08-17 06:14:55 |
| | 2019-08-17 02:51:32 |
| | 2019-08-17 02:49:01 |
| | 2019-08-17 00:55:00 |
| | 2019-08-16 20:11:30 |

| |
|---|
| 2019-08-16 12:29:41 |
| 2019-08-16 03:47:13 |
| 2019-08-15 22:03:16 |
| 2019-08-15 19:56:42 |
| 2019-08-15 13:31:47 |
| 2019-08-15 01:56:33 |
| 2019-08-14 20:15:47 |
| 2019-08-14 13:45:26 |
| 2019-08-14 10:17:44 |
| 2019-08-14 05:36:40 |
| 2019-08-14 04:51:39 |
| 2019-08-14 02:18:13 |
| 2019-08-14 02:18:07 |
| 2019-08-13 20:13:12 |
| 2019-08-13 13:29:39 |
| 2019-08-12 20:10:39 |
| 2019-08-12 04:14:43 |
| 2019-08-11 22:26:39 |
| 2019-08-11 17:01:28 |
| 2019-08-10 15:29:49 |
| 2019-08-09 23:30:44 |
| 2019-08-09 19:54:49 |
| 2019-08-09 13:32:02 |
| 2019-08-09 03:24:11 |
| 2019-08-08 20:10:53 |
| 2019-08-08 13:56:30 |
| 2019-08-08 13:54:16 |
| 2019-08-08 05:02:52 |
| 2019-08-07 18:44:42 |
| 2019-08-07 14:59:09 |
| 2019-08-07 14:55:27 |
| 2019-08-07 14:45:05 |

| | |
|---|---|
| | 2019-08-07 13:26:27 |
| | 2019-08-06 22:54:06 |
| | 2019-08-06 22:35:45 |
| | 2019-08-06 22:33:43 |
| | 2019-08-06 22:30:44 |
| | 2019-08-06 15:41:02 |
| | 2019-08-06 14:11:44 |
| | 2019-08-06 14:10:11 |
| | 2019-08-06 06:55:07 |
| | 2019-08-06 06:07:43 |
| | 2019-08-06 05:18:34 |
| | 2019-08-06 04:28:39 |
| | 2019-08-06 04:27:20 |
| | 2019-08-06 01:08:22 |
| | 2019-08-06 01:05:43 |
| | 2019-08-06 01:01:52 |
| | 2019-08-05 17:19:34 |
| | 2019-08-05 14:11:22 |
| | 2019-08-05 14:08:08 |
| | 2019-08-05 05:33:43 |
| | 2019-08-05 04:22:08 |
| | 2019-08-05 02:01:58 |
| | 2019-08-04 18:11:35 |
| | 2019-08-04 12:09:26 |
| | 2019-08-04 05:42:45 |
| | 2019-08-03 17:20:18 |
| | 2019-08-03 05:53:31 |
| | 2019-08-02 18:01:40 |
| | 2019-08-02 12:09:33 |
| | 2019-08-02 11:39:03 |
| | 2019-08-02 11:34:21 |
| | 2019-08-02 09:00:06 |

| |
|---|
| 2019-08-02 07:53:14 |
| 2019-08-02 07:05:10 |
| 2019-08-02 06:13:38 |
| 2019-08-02 05:33:48 |
| 2019-08-02 05:05:51 |
| 2019-08-01 20:18:14 |
| 2019-08-01 16:11:13 |
| 2019-08-01 01:54:02 |
| 2019-07-31 22:12:36 |
| 2019-07-31 18:46:09 |
| 2019-07-30 17:12:55 |
| 2019-07-30 14:57:04 |
| 2019-07-30 09:08:09 |
| 2019-07-30 06:10:54 |
| 2019-07-29 18:33:14 |
| 2019-07-29 13:49:15 |
| 2019-07-29 03:23:58 |
| 2019-07-29 02:38:56 |
| 2019-07-28 16:53:39 |
| 2019-07-28 16:52:36 |
| 2019-07-27 15:07:02 |
| 2019-07-27 05:37:48 |
| 2019-07-26 22:37:12 |
| 2019-07-25 02:10:46 |
| 2019-07-24 17:57:40 |
| 2019-07-23 18:58:43 |
| 2019-07-22 23:58:02 |
| 2019-07-22 17:34:19 |
| 2019-07-22 03:20:57 |
| 2019-07-22 02:56:07 |
| 2019-07-21 02:35:01 |
| 2019-07-19 23:54:42 |

| | |
|---|---|
| | 2019-07-19 16:41:23 |
| | 2019-07-19 01:09:31 |
| | 2019-07-17 07:39:44 |
| | 2019-07-15 00:25:55 |
| | 2019-07-14 18:11:31 |
| | 2019-07-14 18:10:30 |
| | 2019-07-14 07:09:57 |
| | 2019-07-14 06:58:36 |
| | 2019-07-13 17:44:09 |
| | 2019-07-13 15:39:49 |
| | 2019-07-13 01:19:03 |
| | 2019-07-13 01:14:02 |
| | 2019-07-13 01:10:34 |
| | 2019-07-13 01:10:04 |
| | 2019-07-13 01:03:04 |
| | 2019-07-12 13:43:16 |
| | 2019-07-12 09:04:32 |
| | 2019-07-12 06:13:45 |
| | 2019-07-12 03:21:43 |
| | 2019-07-11 20:07:02 |
| | 2019-07-11 20:01:46 |
| | 2019-07-11 19:40:16 |
| | 2019-07-11 19:35:53 |
| | 2019-07-11 18:40:51 |
| | 2019-07-11 17:02:43 |
| | 2019-07-11 09:41:08 |
| | 2019-07-11 09:40:55 |
| | 2019-07-11 09:32:47 |
| | 2019-07-11 09:32:13 |
| | 2019-07-11 03:07:58 |
| | 2019-07-11 02:06:02 |
| | 2019-07-11 01:56:46 |

| | |
|---|---|
| | 2019-07-10 22:49:56 |
| | 2019-07-10 20:33:22 |
| | 2019-07-10 06:38:31 |
| | 2019-07-10 06:32:56 |
| | 2019-07-08 07:32:14 |
| | 2019-07-08 02:43:18 |
| | 2019-07-08 00:28:34 |
| | 2019-07-08 00:04:10 |
| | 2019-07-07 23:06:45 |
| | 2019-07-07 17:42:52 |
| | 2019-07-07 01:41:06 |
| | 2019-07-06 22:43:27 |
| | 2019-07-06 22:28:35 |
| | 2019-07-06 22:27:55 |
| | 2019-07-06 22:16:24 |
| | 2019-06-16 21:27:32 |
| | 2019-06-16 21:27:27 |
| | 2019-06-16 19:52:06 |
| | 2019-06-16 19:49:33 |
| | 2019-06-16 04:19:32 |
| | 2019-06-15 23:20:42 |
| | 2019-06-15 14:34:52 |
| | 2019-06-15 14:34:02 |
| | 2019-06-15 11:13:07 |
| | 2019-06-15 11:08:49 |
| | 2019-06-15 11:03:36 |
| | 2019-06-15 11:01:22 |
| | 2019-06-15 03:39:47 |
| | 2019-06-15 03:23:51 |
| | 2019-06-14 22:33:52 |
| | 2019-06-13 22:21:32 |
| | 2019-06-13 04:02:11 |

| | |
|---|---|
| | 2019-06-12 06:49:34 |
| | 2019-06-11 21:33:18 |
| | 2019-06-11 21:32:50 |
| | |
| | 2019-06-11 09:53:05 |
| | 2019-06-10 14:28:21 |
| | 2019-06-10 12:11:28 |
| | 2019-06-10 07:35:54 |
| | 2019-06-10 07:18:53 |
| | 2019-06-10 07:17:31 |
| | 2019-06-10 07:16:48 |
| | 2019-06-10 07:14:11 |
| | 2019-06-10 02:40:45 |
| | 2019-06-09 22:17:20 |
| | 2019-06-09 09:25:53 |
| | 2019-06-09 07:17:22 |
| | 2019-06-09 07:13:15 |
| | 2019-06-09 01:49:39 |
| | 2019-06-09 01:35:07 |
| | 2019-06-09 00:09:43 |
| | 2019-06-08 21:04:05 |
| | 2019-06-08 21:02:50 |
| | 2019-06-08 05:55:45 |
| | 2019-06-07 21:25:05 |
| | 2019-06-07 20:13:09 |
| | 2019-06-07 20:12:13 |
| | 2019-06-07 08:32:01 |
| | 2019-06-07 06:03:43 |
| | 2019-06-07 08:32:13 |
| | 2019-06-07 00:18:47 |
| | 2019-06-06 07:37:51 |
| | 2019-06-06 23:55:00 |

| |
|---|
| 2019-06-06 23:51:00 |
| 2019-06-06 22:36:01 |
| 2019-06-06 18:23:57 |
| 2019-06-06 17:59:25 |
| 2019-06-06 07:38:09 |
| 2019-06-06 05:08:02 |
| 2019-06-06 05:07:40 |
| 2019-06-06 03:18:53 |
| 2019-06-06 03:09:10 |
| 2019-06-06 02:49:24 |
| 2019-06-06 02:25:07 |
| 2019-06-06 02:18:03 |
| 2019-06-06 02:02:23 |
| 2019-06-06 01:49:35 |
| 2019-06-06 01:41:09 |
| 2019-06-05 23:58:28 |
| 2019-06-03 05:26:26 |
| 2019-06-01 02:07:39 |
| 2019-05-30 23:09:29 |
| 2019-05-30 23:08:21 |
| 2019-05-30 02:25:11 |
| 2019-05-29 08:52:49 |
| 2019-05-28 15:30:57 |
| 2019-05-28 15:04:42 |
| 2019-05-28 15:02:48 |
| 2019-05-28 01:31:58 |
| 2019-05-28 01:29:36 |
| 2019-05-27 19:18:54 |
| 2019-05-27 19:18:49 |
| 2019-05-27 16:10:07 |
| 2019-05-27 16:09:01 |
| 2019-05-27 09:45:44 |

| | |
|---|---|
| | 2019-05-27 05:06:00 |
| | 2019-05-26 16:05:28 |
| | 2019-05-25 15:22:44 |
| | 2019-05-24 18:36:06 |
| | 2019-05-24 13:59:15 |
| | 2019-05-24 03:34:14 |
| | 2019-05-24 03:14:53 |
| | 2019-05-23 23:41:12 |
| | 2019-05-23 22:04:50 |
| | 2019-05-22 22:06:36 |
| | 2019-05-22 13:30:27 |
| | 2019-05-22 04:15:25 |
| | 2019-05-21 22:06:16 |
| | 2019-05-21 13:31:53 |
| | 2019-05-21 12:23:15 |
| | 2019-05-21 12:23:05 |
| | 2019-05-21 11:46:44 |
| | 2019-05-21 05:36:37 |
| | 2019-05-21 05:36:31 |
| | 2019-05-20 22:02:56 |
| | 2019-05-20 13:36:58 |
| | 2019-05-19 16:01:53 |
| | 2019-05-19 15:32:32 |
| | 2019-05-18 21:41:52 |
| | 2019-05-18 14:06:13 |
| | 2019-05-18 13:53:38 |
| | 2019-05-17 22:13:37 |
| | 2019-05-17 13:30:20 |
| | 2019-05-17 07:26:06 |
| | 2019-05-17 06:42:04 |
| | 2019-05-17 06:22:43 |
| | 2019-05-16 23:42:23 |

| | |
|---|---|
| | 2019-05-16 14:01:41 |
| | 2019-05-16 06:16:58 |
| | 2019-05-16 05:58:38 |
| | 2019-05-16 00:35:39 |
| | 2019-05-15 22:14:12 |
| | 2019-05-12 16:00:30 |
| | 2019-05-12 04:56:38 |
| | 2019-05-12 01:40:46 |
| | 2019-05-11 02:33:41 |
| | 2019-05-10 22:43:51 |
| | 2019-05-10 01:55:04 |
| | 2019-05-09 22:09:39 |
| | 2019-05-09 13:17:21 |
| | 2019-05-08 23:29:49 |
| | 2019-05-08 14:04:42 |
| | 2019-05-08 07:28:34 |
| | 2019-05-08 04:15:40 |
| | 2019-05-08 02:07:56 |
| | 2019-05-07 22:23:35 |
| | 2019-05-07 14:39:23 |
| | 2019-05-07 13:44:20 |
| | 2019-05-07 13:17:52 |
| | 2019-05-07 12:16:07 |
| | 2019-05-06 22:07:01 |
| | 2019-05-06 12:20:37 |
| | 2019-05-05 18:31:04 |
| | 2019-05-05 15:45:11 |
| | 2019-05-05 00:53:47 |
| | 2019-05-04 22:29:14 |
| | 2019-05-04 19:38:49 |
| | 2019-05-04 16:08:30 |
| | 2019-05-04 07:27:43 |

| | |
|---|---|
| | 2019-05-04 06:46:44 |
| | 2019-05-04 06:07:06 |
| | 2019-05-04 04:19:49 |
| | 2019-05-03 22:08:11 |
| | 2019-05-03 14:09:28 |
| | 2019-05-03 14:09:05 |
| | 2019-05-03 13:18:05 |
| | 2019-05-02 22:08:07 |
| | 2019-05-02 13:47:05 |
| | 2019-05-02 08:17:47 |
| | 2019-05-02 02:37:41 |
| | 2019-05-01 09:42:03 |
| | 2019-04-30 22:06:17 |
| | 2019-04-30 13:42:59 |
| | 2019-04-30 07:08:56 |
| | 2019-04-30 06:52:41 |
| | 2019-04-30 02:43:24 |
| | 2019-04-29 22:04:18 |
| | 2019-04-29 13:18:22 |
| | 2019-04-29 03:56:25 |
| | 2019-04-28 23:34:23 |
| | 2019-04-28 22:48:14 |
| | 2019-04-28 22:41:01 |
| | 2019-04-28 20:03:10 |
| | 2019-04-28 19:45:41 |
| | 2019-04-28 19:39:36 |
| | 2019-04-28 19:34:36 |
| | 2019-04-28 17:43:12 |
| | 2019-04-28 16:42:45 |
| | 2019-04-28 16:00:28 |
| | 2019-04-28 15:51:20 |
| | 2019-04-28 15:48:16 |

| | |
|---|---|
| | 2019-04-28 03:16:39 |
| | 2019-04-27 00:05:56 |
| | 2019-04-26 23:56:23 |
| | 2019-04-26 22:03:56 |
| | 2019-04-26 22:03:47 |
| | 2019-04-26 13:54:02 |
| | 2019-04-26 03:27:26 |
| | 2019-04-25 22:10:33 |
| | 2019-04-25 13:06:49 |
| | 2019-04-25 12:41:36 |
| | 2019-04-25 05:05:34 |
| | 2019-04-25 05:01:24 |
| | 2019-04-25 05:00:56 |
| | 2019-04-25 03:40:39 |
| | 2019-04-25 02:06:40 |
| | 2019-04-25 01:29:03 |
| | 2019-04-24 22:42:20 |
| | 2019-04-24 22:39:37 |
| | 2019-04-24 22:30:35 |
| | 2019-04-24 22:26:02 |
| | 2019-04-24 22:17:23 |
| | 2019-04-24 14:46:29 |
| | 2019-04-24 14:42:47 |
| | 2019-04-24 14:37:58 |
| | 2019-04-24 10:43:25 |
| | 2019-04-24 07:47:48 |
| | 2019-04-24 07:45:35 |
| | 2019-04-23 22:17:34 |
| | 2019-04-23 14:21:44 |
| | 2019-04-23 13:27:13 |
| | 2019-04-23 02:35:49 |
| | 2019-04-22 23:33:46 |

| | |
|---|---|
| | 2019-04-22 23:09:55 |
| | 2019-04-22 23:02:00 |
| | 2019-04-22 19:34:10 |
| | 2019-04-22 19:23:53 |
| | 2019-04-22 16:19:21 |
| | 2019-04-21 17:13:13 |
| | 2019-04-21 16:44:09 |
| | 2019-04-21 07:19:21 |
| | 2019-04-21 06:21:15 |
| | 2019-04-21 06:08:15 |
| | 2019-04-21 06:01:22 |
| | 2019-04-21 05:21:09 |
| | 2019-04-21 04:54:39 |
| | 2019-04-21 04:51:41 |
| | 2019-04-21 04:48:24 |
| | 2019-04-21 04:10:18 |
| | 2019-04-21 03:31:02 |
| | 2019-04-21 03:22:41 |
| | 2019-04-21 01:00:43 |
| | 2019-04-21 00:37:42 |
| | 2019-04-21 00:18:38 |
| | 2019-04-21 00:15:34 |
| | 2019-04-21 00:07:26 |
| | 2019-04-20 23:59:29 |
| | 2019-04-20 23:35:23 |
| | 2019-04-20 21:27:07 |
| | 2019-04-20 18:08:48 |
| | 2019-04-20 14:24:54 |
| | 2019-04-20 08:12:52 |
| | 2019-04-20 08:05:20 |
| | 2019-04-20 06:37:30 |
| | 2019-04-20 01:19:05 |

|  | 2019-04-20 00:53:20 |
|  | 2019-04-20 00:23:01 |
|  | 2019-04-19 23:42:32 |
|  | 2019-04-19 21:39:35 |
|  | 2019-04-19 21:36:28 |
|  | 2019-04-19 19:23:36 |
|  | 2019-04-19 19:10:30 |
|  | 2019-04-19 17:39:42 |
|  | 2019-04-19 02:30:08 |
|  | 2019-04-18 13:46:02 |
|  | 2019-04-18 07:45:35 |
|  | 2019-04-18 07:45:35 |
|  | 2019-04-18 05:46:00 |
| 98.230.216.235 | 2019-09-29 20:46:55 |
|  | 2019-09-29 20:44:50 |
|  | 2019-09-29 20:33:27 |
|  | 2019-09-29 20:27:53 |
|  | 2019-09-29 20:21:56 |
|  | 2019-09-29 20:12:30 |
|  | 2019-09-23 02:27:47 |
|  | 2019-09-23 02:24:35 |
|  | 2019-09-23 02:16:45 |
|  | 2019-09-23 01:44:50 |
|  | 2019-09-23 01:39:37 |
|  | 2019-09-23 01:32:14 |
|  | 2019-09-23 01:16:21 |
|  | 2019-09-23 01:13:45 |
|  | 2019-09-23 01:11:00 |
|  | 2019-09-23 01:05:46 |
|  | 2019-09-16 00:50:24 |
|  | 2019-09-16 00:44:19 |
|  | 2019-09-16 00:38:04 |

| | |
|---|---|
| | 2019-09-16 00:30:27 |
| | 2019-09-16 00:28:04 |
| | 2019-09-16 00:23:23 |
| | 2019-09-16 00:21:19 |
| | 2019-09-16 00:13:58 |
| | 2019-09-16 00:02:09 |
| 98.249.110.124 | 2019-10-15 18:18:05 |
| | 2019-10-15 13:32:01 |
| | 2019-10-15 03:41:42 |
| | 2019-10-15 02:56:36 |
| | 2019-10-14 19:24:37 |
| | 2019-10-14 19:10:58 |
| | 2019-10-14 16:56:31 |
| | 2019-10-14 06:07:48 |
| | 2019-10-14 03:20:29 |
| | 2019-10-13 21:19:20 |
| | 2019-10-13 08:29:39 |
| | 2019-10-13 07:42:41 |
| | 2019-10-13 01:03:23 |
| | 2019-10-13 01:03:14 |
| | 2019-10-12 16:02:57 |
| | 2019-10-12 02:52:13 |
| | 2019-10-12 02:41:42 |
| | 2019-10-11 21:51:28 |
| | 2019-10-11 20:00:10 |
| | 2019-10-11 18:25:50 |
| | 2019-10-11 16:08:12 |
| | 2019-10-11 06:13:56 |
| | 2019-10-11 05:23:24 |
| | 2019-10-11 03:59:14 |
| | 2019-10-10 20:21:57 |
| | 2019-10-10 13:39:15 |

| | |
|---|---|
| | 2019-10-10 06:55:40 |
| | 2019-10-10 01:09:35 |
| | 2019-10-09 21:59:55 |
| | 2019-10-09 20:23:29 |
| | 2019-10-09 14:40:20 |
| | 2019-10-09 14:11:09 |
| | 2019-10-09 07:01:41 |
| | 2019-10-09 02:55:47 |
| | 2019-10-09 02:33:31 |
| | 2019-10-08 21:59:26 |
| | 2019-10-08 13:46:35 |
| | 2019-10-08 06:42:24 |
| | 2019-10-07 20:01:43 |
| | 2019-10-07 13:09:10 |
| | 2019-10-07 12:57:53 |
| | 2019-10-07 06:59:40 |
| | 2019-10-07 01:13:45 |
| | 2019-10-06 21:36:10 |
| | 2019-10-06 16:05:05 |
| | 2019-10-06 16:04:59 |
| | 2019-10-06 07:37:45 |
| | 2019-10-05 21:02:03 |
| | 2019-10-05 20:58:22 |
| | 2019-10-05 20:57:00 |
| | 2019-10-05 20:53:21 |
| | 2019-10-05 18:45:35 |
| | 2019-10-05 17:00:04 |
| | 2019-10-05 16:51:58 |
| | 2019-10-05 16:20:37 |
| | 2019-10-05 16:02:12 |
| | 2019-10-05 16:00:28 |
| | 2019-10-05 08:38:44 |

146678196.1

| | |
|---|---|
| | 2019-10-05 07:54:44 |
| | 2019-10-05 07:49:43 |
| | 2019-10-05 07:19:05 |
| | 2019-10-05 02:32:38 |
| | 2019-10-04 21:58:09 |
| | 2019-10-04 20:30:03 |
| | 2019-10-04 20:13:12 |
| | 2019-10-04 13:52:35 |
| | 2019-10-04 13:49:20 |
| | 2019-10-04 04:58:17 |
| | 2019-10-04 00:15:42 |
| | 2019-10-03 20:11:00 |
| | 2019-10-03 13:38:34 |
| | 2019-10-03 06:58:44 |
| | 2019-10-03 05:15:40 |
| | 2019-10-03 01:41:26 |
| | 2019-10-02 23:30:30 |
| | 2019-10-02 20:29:36 |
| | 2019-10-02 20:29:30 |
| | 2019-10-02 13:52:33 |
| | 2019-10-02 06:54:43 |
| | 2019-10-01 20:16:41 |
| | 2019-10-01 20:16:31 |
| | 2019-10-01 00:10:12 |
| | 2019-09-30 20:15:36 |
| | 2019-09-30 13:31:35 |
| | 2019-09-30 06:45:45 |
| | 2019-09-30 01:28:59 |
| | 2019-09-29 22:15:15 |
| | 2019-09-29 19:30:34 |
| | 2019-09-29 19:00:48 |
| | 2019-09-28 20:08:23 |

| | |
|---|---|
| | 2019-09-28 15:57:24 |
| | 2019-09-28 06:53:46 |
| | 2019-09-28 04:28:15 |
| | 2019-09-28 04:25:42 |
| | 2019-09-27 20:13:35 |
| | 2019-09-27 13:14:36 |
| | 2019-09-27 04:37:40 |
| | 2019-09-27 04:30:25 |
| | 2019-09-26 20:36:02 |
| | 2019-09-26 20:18:31 |
| | 2019-09-26 13:40:27 |
| | 2019-09-26 06:58:44 |
| | 2019-09-25 20:15:59 |
| | 2019-09-25 13:55:51 |
| | 2019-09-25 06:29:52 |
| | 2019-09-25 06:21:44 |
| | 2019-09-24 20:10:16 |
| | 2019-09-24 13:20:32 |
| | 2019-09-24 04:35:05 |
| | 2019-09-23 20:12:50 |
| | 2019-09-23 14:06:33 |
| | 2019-09-23 13:06:14 |
| | 2019-09-22 05:23:52 |
| | 2019-09-22 05:23:47 |
| | 2019-09-21 17:01:58 |
| | 2019-09-21 17:01:53 |
| | 2019-09-21 16:55:44 |
| | 2019-09-21 16:20:59 |
| | 2019-09-21 14:15:30 |
| | 2019-09-21 06:33:44 |
| | 2019-09-21 03:01:11 |
| | 2019-09-21 01:55:23 |

| | |
|---|---|
| | 2019-09-21 01:37:19 |
| | 2019-09-20 23:05:24 |
| | 2019-09-20 16:01:18 |
| | 2019-09-19 22:04:04 |
| | 2019-09-19 13:35:59 |
| | 2019-09-19 06:34:44 |
| | 2019-09-19 05:46:39 |
| | 2019-09-19 05:45:37 |
| | 2019-09-19 05:20:50 |
| | 2019-09-18 20:27:53 |
| | 019-09-18 14:19:29 |
| | 2019-09-18 13:15:45 |
| | 2019-09-18 01:08:46 |
| | 2019-09-17 13:11:36 |
| | 2019-09-17 13:10:50 |
| | 2019-09-17 06:21:45 |
| | 2019-09-17 05:25:11 |
| | 2019-09-16 20:13:51 |
| | 2019-09-16 14:11:11 |
| | 2019-09-16 13:34:32 |
| | 2019-09-16 06:19:26 |
| | 2019-09-15 16:02:08 |
| | 2019-09-15 16:02:02 |
| | 2019-09-15 07:33:05 |
| | 2019-09-14 09:47:14 |
| | 2019-09-14 09:33:54 |
| | 2019-09-13 21:53:51 |

## EXHIBIT A

1.      Documents sufficient to identify a name, physical address, telephone number, email address, and any other personal identifying information for; as well as transaction logs involving the subscriber associated with the following IP address at the listed dates and times:

| IP Address | Date/Time |
|---|---|
| 131.125.11.1 | 2019-05-10 13:35:22 |
| | 2019-05-10 13:16:52 |
| | 2019-05-10 13:13:44 |
| | 2019-05-08 22:50:52 |
| | 2019-05-08 21:59:02 |
| | 2019-04-29 22:05:40 |
| | 2019-04-29 22:03:56 |
| | 2019-04-23 13:05:38 |
| | 2019-04-23 12:49:49 |

146679029.1