UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TWITCH INTERACTIVE, INC., a Delaware corporation,<br><br>     Plaintiff,<br><br> v.<br><br>JOHN AND JANE DOES 1-100, individuals,<br><br>     Defendants. | Case No. 19-cv-03418-WHO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF TWITCH INTERACTIVE, INC.'S *EX PARTE* MOTION TO EXTEND DEADLINES** |

-1-

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Now before the Court is Plaintiff Twitch Interactive, Inc.'s *Ex Parte* Motion to extend the |
| 3 | deadline for service by 90 days and to reschedule the Case Management Conference and related |
| 4 | deadlines. Having considered Twitch's motion and the pleadings and papers on file in this action, |
| 5 | the Court hereby GRANTS the Motion and orders as follows: |
| 6 | • The deadline for Twitch to serve Defendants is extended 90 days to June 8, 2020. |
| 7 | • The Case Management Conference is reset for June 22, 2020, at 2:00 p.m. All |
| 8 | related deadlines are adjusted accordingly pursuant to Federal Rule of Civil |
| 9 | Procedure 26. |
| 11 | **IT IS SO ORDERED.** |
| 12 | DATED: _____ |
| 15 | Hon. William H. Orrick<br>United States District Judge |
| 28 | -2- |