UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TWITCH INTERACTIVE, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN AND JANE DOES 1-100, individuals,<br><br>  Defendants. | Case No. 19-cv-03418-WHO<br><br>**ORDER GRANTING PLAINTIFF TWITCH INTERACTIVE, INC.'S *EX PARTE* MOTION TO EXTEND DEADLINES** |

**ORDER**

Now before the Court is Plaintiff Twitch Interactive, Inc.'s *Ex Parte* Motion to extend the deadline for service by 90 days and to reschedule the Case Management Conference and related deadlines. Having considered Twitch's motion and the pleadings and papers on file in this action, the Court hereby GRANTS the Motion and orders as follows:

- The deadline for Twitch to serve Defendants is extended 90 days to June 8, 2020.
- The Case Management Conference is reset for **June 23, 2020**, at 2:00 p.m. All related deadlines are adjusted accordingly pursuant to Federal Rule of Civil Procedure 26.

**IT IS SO ORDERED.**

DATED: March 5, 2020

_____
Hon. William H. Orrick
United States District Judge

LEGAL147308553.1