| | |
|---|---|
| 1 | Katherine M. Dugdale, Bar No. 168014 |
| | KDugdale@perkinscoie.com |
| 2 | PERKINS COIE LLP |
| | 1888 Century Park E., Suite 1700 |
| 3 | Los Angeles, CA  90067-1721 |
| | Telephone:  310.788.9900 |
| 4 | Facsimile:  310.788.3399 |
| 5 | Holly M. Simpkins, *pro hac vice* |
| | HSimpkins@perkinscoie.com |
| 6 | Lauren E. Staniar, *pro hac vice* |
| | LStaniar@perkinscoie.com |
| 7 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| 8 | Seattle, WA  98101-3099 |
| | Telephone:  206.359.8000 |
| 9 | Facsimile:  206.359.9000 |
| 10 | Attorneys for Plaintiff |
| | Twitch Interactive, Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TWITCH INTERACTIVE, INC., a Delaware corporation, | Case No. 19-cv-03418-WHO |
| Plaintiff, | **DECLARATION OF HOLLY M. SIMPKINS IN SUPPORT OF PLAINTIFF TWITCH INTERACTIVE, INC.'S *EX PARTE* MOTION TO EXTEND DEADLINES** |
| v. | |
| MASON APODACA AND JOHN AND JANE DOES 1-100, individuals, | |
| Defendants. | |

-1-

I, Holly M. Simpkins, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington and admitted *pro hac vice* in this matter. I am a Partner at Perkins Coie LLP, and counsel in this action for Plaintiff Twitch Interactive, Inc. ("Twitch"). I submit this declaration in support of Twitch's *Ex Parte* Motion to Extend Deadlines. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto.

2. At my direction, the Twitch accounts, websites, chat servers, social media platforms, and IP addresses Defendants used to coordinate their attack on Twitch were investigated.

3. On June 17, 2019, a cease and desist letter, copy of the Complaint and other documents, were sent to ganggangchef@gmail.com, an email address that Twitch believes is connected to Defendant Mason Apodaca. The email was not returned as undeliverable. We did not receive a response.

4. We identified Mr. Apodaca as an individual likely to have been involved in the attack on Twitch after receiving responses to multiple third-party subpoenas.

5. On February 25, 2020, at my direction, a letter was sent to Mr. Apodaca's residence notifying the occupants that the IP address of the residence was connected with the attack and requesting that they contact my firm to discuss the matter. Included with the letter was a copy of the complaint. We received no response.

6. On March 27, 2020, at my direction, a letter was sent to Mr. Apodaca by email and U.S. mail, including a copy of the complaint. The letter notified Mr. Apodaca that if he did not respond, Twitch would amend its complaint to name him publicly. Mr. Apodaca did not respond.

7. On May 14, 2020, at my direction a letter was sent to Mr. Apodaca requesting that Mr. Apodaca waive service of the summons and complaint. This letter included a copy of the Amended Complaint, the summons, numerous deadline-related pleadings, and several other required documents. The deadline for Mr. Apodaca to return the waiver of service is June 13, 2020. As of the date of filing this motion, we have not received a response. Due to the COVID-

1  19 outbreak and corresponding risks and difficulties surrounding personal service, we have not
2  attempted personal service.

3      8.    If we do not receive Mr. Apodaca's waiver by June 13, 2020, Twitch will attempt
4  to personally serve Mr. Apodaca given that it appears certain COVID-19 restrictions are being
5  lifted.

6      9.    There have been four previous time modifications in this case.  This Court
7  previously granted Twitch's motion for an extension of the service deadline, Dkt. No. 18, and this
8  Court previously granted Twitch's motion for an extension of the Case Management Conference
9  and related deadlines, Dkt. No 16.  This Court also granted Twitch's two subsequent motions for
10 extensions of time to serve Defendants and to reset the Case Management Conference.  Dkt. Nos.
11 20, 28.  The requested continuance will not impact the schedule of this case, as no trial date or
12 other deadlines have been set.

13     I declare under penalty of perjury under the laws of the United States that the foregoing is
14 true and correct.

Executed this 26th day of May, 2020.

*/s/Holly M. Simpkins*
Holly M. Simpkins

-3-

SIMPKINS DECLARATION
19-cv-03418-WHO
148274299.2