1  Katherine M. Dugdale, Bar No. 168014
   KDugdale@perkinscoie.com
2  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
3  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
4  Facsimile:  310.788.3399

5  Holly M. Simpkins, *pro hac vice*
   HSimpkins@perkinscoie.com
6  Lauren E. Staniar, *pro hac vice*
   LStaniar@perkinscoie.com
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
8  Seattle, WA  98101-3099
   Telephone:  206.359.8000
9  Facsimile:  206.359.9000

10 Attorneys for Plaintiff
   Twitch Interactive, Inc

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TWITCH INTERACTIVE, INC., a Delaware corporation, | Case No. 19-cv-03418-WHO |
|---|---|
| Plaintiff, | **PLAINTIFF TWITCH INTERACTIVE, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| MASON APODACA AND JOHN AND JANE DOES 1-99, individuals, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Twitch Interactive, Inc. hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against all remaining defendants.

-2-

DATED: August 17, 2020

Respectfully Submitted,

**PERKINS COIE LLP**

By: *s/Holly M. Simpkins*
    Katherine M. Dugdale, Bar No. 168014
    KDugdale@perkinscoie.com
    Holly M. Simpkins, *pro hac vice*
    HSimpkins@perkinscoie.com
    Lauren E. Staniar, *pro hac vice*
    LStaniar@perkinscoie.com

    Attorneys for Plaintiff
    Twitch Interactive, Inc.