UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITCH INTERACTIVE, INC.,<br>   Plaintiff,<br><br>  v.<br><br>JOHN AND JANE DOES 1 THROUGH 100, et al.,<br>   Defendants. | Case No. 19-cv-03418-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 36 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: August 18, 2020

_____
WILLIAM H. ORRICK
United States District Judge